UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**LARRY WAYNE PALMER**                                            **PLAINTIFF**

v.                                                      **CIVIL ACTION NO. 3:09-CV-P994-S**

**COOKIE CREWS et al.**                                         **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*
          Defendants

4411.009